The Honorable John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Daniel Nehls,<br><br>Plaintiff,<br><br>v.<br><br>CATHOLIC HEALTH INITIATIVES, CHI FRANCISCAN HEALTH, FRANCISCAN MEDICAL GROUP, ST. JOSEPH MEDICAL CENTER, KEVIN SCHOENFELDER, M.D., and A. ALEX MOHIT, M.D.,<br><br>Defendants. | CASE NO. 18-cv-05404-JHC<br><br>**FILED UNDER SEAL**<br><br>ORDER |

The United States has filed an *ex parte* Application for Extension of Time to Consider Election to Intervene, in which the Government seeks a five-month extension of time, or until November 20, 2023, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States, "may, for good cause shown move the Court for an extension of time." 31 U.S.C. § 3730(b)(3). The Court finds that the *ex parte* Application establishes good cause.

ORDER - 1
CASE NO. 18-cv-05404-JHC
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Accordingly, it is hereby ORDERED that the United States shall have until November 20, 2023, to notify the Court of its decision whether or not to intervene in this *qui tam* action. The Clerk shall maintain the Complaint and other filings under seal for the duration of the Government's investigation.

DATED this 21st day of June, 2023.

JOHN H. CHUN
United States District Judge

Presented by:

*s/ Kayla C. Stahman*
KAYLA C. STAHMAN, CA #228921
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:   206-553-4067
Email: kayla.stahman@usdoj.gov

ORDER - 2
CASE NO. 18-cv-05404-JHC
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970