The Honorable Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Daniel Nehls,<br><br>Plaintiff,<br><br>v.<br><br>CATHOLIC HEALTH INITIATIVES, CHI FRANCISCAN HEALTH, FRANCISCAN MEDICAL GROUP, ST. JOSEPH MEDICAL CENTER, KEVIN SCHOENFELDER, M.D., and A. ALEX MOHIT, M.D.,<br><br>Defendants. | CASE NO. 3:18-cv-05404-TMC<br><br>**FILED UNDER SEAL**<br><br>ORDER |

The United States has filed an *ex parte* Application for Extension of Time to Consider Election to Intervene, in which the Government seeks a two-month extension of time, or until April 22, 2024, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States, "may, for good cause shown move the Court for an extension of time." 31 U.S.C. § 3730(b)(3). The Court finds that the *ex parte* Application establishes good cause.

ORDER - 1
CASE NO. 3:18-cv-05404-TMC
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Accordingly, it is hereby ORDERED that the United States shall have until April 22, 2024, to notify the Court of its decision whether or not to intervene in this *qui tam* action. The Clerk shall maintain the Complaint and other filings under seal for the duration of the Government's investigation.

DATED this 12th day of February, 2024.

Tiffany M. Cartwright
United States District Judge

Presented by:

*s/ Kayla C. Stahman*
KAYLA C. STAHMAN, CA #228921
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
Email: kayla.stahman@usdoj.gov

ORDER - 2
CASE NO. 3:18-cv-05404-TMC
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970