The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Daniel Nehls,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CATHOLIC HEALTH INITIATIVES, CHI FRANCISCAN HEALTH, FRANCISCAN MEDICAL GROUP, ST. JOSEPH MEDICAL CENTER, KEVIN SCHOENFELDER, M.D., and A. ALEX MOHIT, M.D.,<br><br>　　　　　　　Defendants. | CASE NO. 3:18-cv-05404-TMC<br><br>**FILED UNDER SEAL**<br><br>ORDER |

The United States, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), having intervened in part for the purpose of settlement in this action, and having requested that the Court lift the seal in this case; it is hereby:

ORDERED that the seal shall be lifted on all matters in this action; and it is further

ORDERED that the Clerk of the Court shall provide an executed copy of this Order to counsel for the Government and counsel for the Relator.

//

ORDER - 1
CASE NO. 3:18-cv-05404-TMC
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this __7th__ day of __May__, 2024.

_____
TIFFANY M. CARTWRIGHT
United States District Judge

Presented by:

_____
KAYLA C. STAHMAN, CA #228921
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
Email: kayla.stahman@usdoj.gov

ORDER - 2
CASE NO. 3:18-cv-05404-TMC
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970